IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FIDEL PEREZ GONI,

         Appellant,

v.

STATE OF FLORIDA,

         Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3703

Opinion filed February 17, 2015.

An appeal from the Circuit Court for Bradford County.
Phyllis M. Rosier, Judge.

Fidel Perez Goni, pro se, Appellant.

Jennifer Parker, General Counsel, Barbara Debelius, Assistant General Counsel, Department of Corrections, Tallahassee; Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.